No. 24-1917

**United States Court of Appeals for the First Circuit**

Berkey International, LLC,

*Plaintiff – Appellant*

v.

Michael S. Regan, Administrator;
Environmental Protection Agency;
Christine Tokarz; David Cobb; Carol Kemker; Keriema Newman,

*Defendants – Appellees*

On Interlocutory Appeal from the
United States District Court of Puerto Rico
Cause No. 3:24-cv-01106

APPELLANT'S EMERGENCY
UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OUT OF TIME

Warren V. Norred
**Norred Law, PLLC**
First Circuit Bar Number: 1214104
warren@norredlaw.com
515 E. Border St.
Arlington, TX 76010
(817) 704-3984 (Office)
(817) 524-6686 (Fax)
*Counsel for Appellant*

1

## PROCEDURAL BACKGROUND

Appellant's Brief was originally tendered on December 9, 2024. The Court's clerk issued at Order on December 19, 2024 requiring a conformed brief by December 26, 2024.

Appellant's Brief was tendered a second time on December 20, 2024. On December 26, 2024, it was returned with a note from the Court's clerk requiring further changes, and requiring a conformed brief by December 30, 2024.

On December 30, 2024, the undersigned and staff completed the required changes and prepared the brief for filing. However, due to a miscommunication, the brief was not filed on the deadline. Upon discovering this omission, the undersigned filed Appellant's Brief on December 31, 2024, one day after the deadline.

Appellant would show the Court that the Appellant's Brief was filed a day late due to a mundane error and not in an attempt to prejudice any party to this appeal, nor with the intent of disregarding this Court's orders.

Counsel for Appellant has received an email after conference on this matter that Appellee is unopposed to this motion and the remedy sought.

## REQUESTED RELIEF

Appellant respectfully requests leave of the Court to file its conformed Brief on December 31, 2024.

An order granting this Motion will prejudice no party and will allow the instant appeal to be decided on the merits rather than procedural mistake.

  Respectfully submitted,    */s/ Warren V. Norred*
                                       Warren V. Norred, Texas Bar Number: 24045094
                                       **Norred Law, PLLC;** warren@norredlaw.com;
                                       515 E. Border St., Arlington, TX 76010
                                       (817) 704-3984 (Office); (817) 524-6686 (Fax)
                                       *Counsel for Appellant*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2025, the foregoing instrument has been served via the Court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure on all registered counsel of record, and has been transmitted to the Clerk of the Court, including:

Christopher Anderson, Christopher.Anderson3@usdoj.gov
Andrew Coghlan, andrew.coghlan@usdoj.gov
Shari Howard, shari.howard@usdoj.gov
Mark Walters, mark.walters@usdoj.gov

*/s/ Warren V. Norred*
Warren V. Norred

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Christopher Anderson, counsel for Appellees, in this matter regarding this motion and the relief sought therein on January 6, 2025. He advised that his client was not opposed by email.

*/s/ Warren V. Norred*
Warren V. Norred